IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| FRANK PARRISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 320-027 |
| | ) |
| ANTOINE CALDWELL, Warden; COUNTY OF JOHNSON; KENNETH COWEN; DEPARTMENT OF CORRECTION; FNU GIBBONS; GEORGIA MEDICAL COLLEGE CORRECTIONAL HEALTH SERVICES, INC.; and JOHN DOES, | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ___15___ day of October, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE